WESLEY A. ROCHE, Appellant, *v.* JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Defendants, and KNICKERBOCKER VILLAGE, INC., Respondent.

(Argued June 11, 1935; decided July 11, 1935.)

*Isaac Hyman* and *Joseph Perlstein* for appellant.

*H. H. Nordlinger, Harold Riegelman* and *J. M. Dinnes* for respondent.

*Ira S. Robbins* for State Board of Housing, *amicus curiæ.*

*Paul Windels, Corporation Counsel (John M. Gaston, Jr.,* and *Oscar S. Cox* of counsel), for Commissioners of Taxes and Assessments, defendants.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.